

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00579-CR

TAWRENCE JAMAL WILSON, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 252nd District Court of Jefferson County, following transfer from the Ninth Court of Appeals.   (Tr. Ct. 12-14885).

**TO THE 252ND DISTRICT COURT OF JEFFERSON COUNTY, GREETINGS:**

Before this Court, on the 15th day of January 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on April 9, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 15, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 27, 2015
Date

_Christopher A. Prine_

CHRISTOPHER A. PRINE
CLERK OF THE COURT

